DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MALIK HAMID ZAMAN,**
Appellant,

v.

**RINKER REALTY INC., LLC,**
Appellee.

No. 4D22-2187

[June 1, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley Harper, Judge; L.T. Case No. 502017CA001399XXXXMB.

Malik Hamid Zaman, Palm Beach Gardens, pro se.

T. Lucas Rossknecht of Rossknecht Legal Services LLC, Stuart, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and GERBER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***